No. 74–1042. ERNST & ERNST *v.* HOCHFELDER ET AL., *ante,* p. 185;

No. 75-821. BUSH *v.* UNITED STATES, 424 U. S. 977; and

No. 75–5054. GRIFFIN *v.* VICTOR ET AL., 424 U. S. 976. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

MAY 24, 1976

No. 75–624. JONES, DIRECTOR, DIVISION OF FAMILY SERVICES OF UTAH, ET AL. *v.* T. H. Appeal from D. C. Utah. Motion of appellee for leave to proceed *in forma pauperis* granted. Without indicating any views on whether the District Court's decision on the constitutional issue was sound, judgment affirmed insofar as it invalidated the challenged regulation of the Utah Division of Family Services as inconsistent with the Social Security Act. THE CHIEF JUSTICE and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 75–6178. FAIRCLOTH *v.* OLD NATIONAL BANK OF WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.